# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LUCIA DOMINICI,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 5:18-CV-04181 |
| | : | |
| **READING HOSPITAL/TOWER HEALTH,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 2nd day of October, 2018, upon consideration of Plaintiff Lucia Dominici's Motion to Proceed *In Forma Pauperis*, ECF No. 1, and her *pro se* Complaint, ECF No. 2, and for the reasons set forth in the Opinion issued this date, it is **ORDERED** that:

1. Leave to proceed *in forma pauperis*, ECF No. 1, is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint, ECF No. 2, is **DISMISSED without prejudice** for the reasons discussed in the Court's Opinion.

4. Dominici is given leave to file an amended complaint **within thirty (30) days of the date of this Order.** Any amended complaint must clearly state the factual basis for Dominici's claims without relying on her initial Complaint or other documents filed in this case. If Dominici files an amended complaint, the Clerk shall not make service until so **ORDERED**.

5. The Clerk of Court is **DIRECTED** to send Dominici a blank copy of this Court's current standard form to be used by a *pro se* litigant filing an employment discrimination case bearing the above-captioned civil action number. Dominici may use this form to prepare her amended complaint.

6. If Dominici fails to timely file an amended complaint, her case may be dismissed for failure to prosecute without further notice.

7. A decision on the request for appointment of counsel will be held in abeyance pending the filing, if any, of an amended complaint.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge