UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LUCIA DOMINICI, :
        Plaintiff, :
  :
v. : No. 5:18-cv-04181
  :
READING HOSPITAL/TOWER HEALTH, :
        Defendant. :

# **O R D E R**

**AND NOW**, this 3rd day of June, 2020, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion for Summary Judgment, ECF No. 35, is **GRANTED**;

2. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on all counts.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge